No. 80–1684. PEAT, MARWICK, MITCHELL & CO. ET AL. *v.* WACHOVIA BANK & TRUST CO., N. A., ET AL.;

No. 80–1691. WHITE & CASE ET AL. *v.* WACHOVIA BANK & TRUST CO., N. A., ET AL.; and

No. 80–1802. JOY ET AL. *v.* WACHOVIA BANK & TRUST CO., N. A., ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE STEWART would grant certiorari. Reported below: 209 U. S. App. D. C. 9, 650 F. 2d 342.

No. 80–1688. BADONI ET AL. *v.* BROADBENT, COMMISSIONER, BUREAU OF RECLAMATION, ET AL. C. A. 10th Cir. Motion of American Baptist Churches in the U. S. A. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.